**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **LOUIS G. GALLOWAY,**               )<br>                                                           )<br>               **Plaintiff,**        )<br>                                                           )<br>**v.**                                                  )<br>                                                           )<br>**SUSAN HADL, et al.,**                )<br>                                                           )<br>               **Defendants.**    )<br>_____) | **CIVIL ACTION**<br><br>**No. 07-3016-KHV** |

**ORDER**

Under 42 U.S.C. § 1983, Louis G. Galloway brings suit against the police department of Lawrence, Kansas, the sheriff's department of Douglas County, Kansas, and individual officers of those departments. Plaintiff alleges a violation of his constitutional rights by use of excessive force. This matter comes before the Court on plaintiff's Objection (Doc. 47) filed November 5, 2007, which the Court construes as an objection to the dismissal of the individual officers and a motion for discovery.

On October 25, 2007, as part of the screening process under the Prison Litigation Reform Act, see 28 U.S.C. § 1915A, the Honorable Sam A. Crow dismissed for failure to state a claim plaintiff's claims against the Lawrence Police Department and the Douglas County Sheriff's Department. See Order (Doc. #44) at 2-3. With regard to the individual officers, Judge Crow found plaintiff's allegations "sufficient to avoid summary dismissal." Id. at 5. In his motion, plaintiff objects to the "attempted dismissal of three main defendants" – apparently the three individual officers – and requests "30 working day[s] to prepare a case" against the officers. The Court construes plaintiff request as a motion for discovery. It appears that plaintiff has misunderstood Judge Crow's order, which did not dismiss the individual officers. Because the individual officers remain in the case,

plaintiff's objection to dismissal and request for discovery is moot. Accordingly, the Court overrules plaintiff's Objection (Doc. 47) filed November 5, 2007, which the Court construes as an objection to the dismissal of the individual officers and a motion for discovery.

**IT IS SO ORDERED.**

Dated this 19th day of February, 2008 at Kansas City, Kansas.

s/ Kathryn H. Vratil<br>
Kathryn H. Vratil<br>
United States District Judge